**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

601 LEXINGTON AVENUE
SUITE 3400
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

ATTORNEYS AT LAW

HILLEL I. PARNESS
212-980-7464

August 19, 2013

VIA CM/ECF

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building
and United States Courthouse
402 East State Street, Room 7050
Trenton, New Jersey 08608

   Re:   *Augustine v. SWReg, Inc.*
         No. 3:13-cv-02007 (PGS) (LHG)

SO ORDERED: /s/ Peter G. Sheridan
DATED: 8/21/13

Dear Judge Sheridan:

   This firm represents Defendants Digital River, Inc. and DR MyCommerce, Inc. dba SWReg, Inc. (formerly known as SWReg, Inc.) in the above-referenced action. On behalf of all Defendants, including Sempris, LLC, we respectfully request the Court to further extend the time for Defendants to answer, move, or otherwise respond to Plaintiff's Amended Complaint, Dkt. 19. Defendants' current response date is August 19, 2013. Defendants have previously sought and received a 14-day extension pursuant to L. Civ. R. 6.1(b) and two 7-day extensions pursuant to previous letter requests. Defendants respectfully request an additional extension of 2 days, up to and through August 21, 2013. The parties have resolved all issues in the pending lawsuit and need the extra time to exchange signatures executing the agreement memorializing that resolution. As such, counsel for Plaintiff consents to this requested extension.

                              Respectfully submitted,

                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Honorable Peter G. Sheridan, U.S.D.J.
August 19, 2013
Page 2

                                                   By: /s/ Hillel I. Parness
                                                       Hillel I. Parness

cc: All counsel of record (via CM/ECF)